**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ALEXANDRIA SMITH, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **1:25-CV-00425-JB-N** |
| DISCOVER BANK et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Alexandria Smith ("Plaintiff') and Defendants Capital One, N.A., successor by merger to Discover Bank ("Discover"), Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union") (collectively, the "Parties"), by and through their undersigned counsel, hereby file this Joint Motion for Entry of Agreed Protective Order, and in support state as follows:

1.      This lawsuit is currently in discovery, and it appears that such discovery will involve the disclosure of personal, confidential, trade secret, proprietary, technical, business and/or financial information (hereinafter referred to collectively as "confidential information" or "confidential material").

2.      The Parties have reached an agreement as to how to handle confidential information and confidential material, which is outlined in the Agreed Protective Order attached hereto as "Exhibit 1."

1

67590687 v1

WHEREFORE, the Parties hereby respectfully request this Honorable Court to enter the Agreed Protective Order attached as "Exhibit 1," and such other further relief as this Court deems just and proper.

Respectfully submitted this 30th day of June, 2026.

**STIPULATED AND AGREED TO BY:**

/s/ *Alexandria Smith* (with permission)
Alexandria Smith
150 E. Laurel Ave. #1259
Foley, Alabama 36535
Telephone: (615) 519-1951
Salexandria208@gmail.com

*Plaintiff Pro Se*

/s/ *Kristen P. Watson*
David A. Elliott
Kristen P. Watson
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
delliott@burr.com
kwatson@burr.com

*Attorneys for Defendant*
Capital One, N.A., Successor by Merger to Discover Bank

/s/ *Leoncio A. Gil, IV* (with permission)
Archibald T. Reeves, IV
McDowell Knight Roedder & Sledge, LLC
P.O. Box 350
Mobile, AL 36601
Telephone: (251) 432-5300
areeves@mcdowellknight.com

Leoncio A. Gil, III
Quilling Selander Lownds Winslett Moser, PC
5801 Tennyson Parkway
Suite 440
Plano, TX 75024
Telephone: (703) 819-1607
Leon.gil@qslwm.com

*Attorneys for Defendant*
Trans Union, LLC

/s/ *L. Jackson Young, Jr.* (with permission)
L. Jackson Young, Jr.
Christian & Small LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
LJYoung@csattorneys.com

Attorney for Defendant
Experian Information Solutions, Inc.

2

3

*/s/ Joseph D. Steadman, Jr.* (with permission)
Joseph D. Steadman, Jr.
Jones Walker LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
Telephone: (251) 439-7534
jsteadman@joneswalker.com

*Attorney for Defendant*
Equifax Information Services, LLC

3

67590687 v1