# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### MOBILE DIVISION

ALEXANDRIA SMITH,                          )
                                           )
      Plaintiff,                      )
                                           )
v.                                         )
                                           )    Case No. 1:25-cv-00425-JB-N
DISCOVER BANK, TRANSUNION,                 )
EXPERIAN INFORMATION SOLUTIONS             )
INC., and EQUIFAX INFORMATION              )
SERVICES LLC,                              )
                                           )
      Defendants.                     )

## DEFENDANT TRANS UNION LLC'S CERTIFICATE
## OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and gives notice to the Court that service of Defendant Trans Union LLC's Rule 26(a)(1) Initial Disclosures were served via Electronic Mail/First Class U.S. Mail to all parties of record on the 18th day of December 2025.

Respectfully submitted,

*/s/ Leoncio A. Gil, III*
Leoncio A. Gil, III
*Admitted pro hac vice*
leon.gil@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5458
Fax: (214) 871-2111 Fax

1

10182987.1

Archibald T. Reeves, IV
areeves@mcdowellknight.com
McDowell Knight Roedder & Sledge
11 North Water Street, 13th Floor
Battle House Tower
Mobile, Alabama 36602
Telephone: (251) 432-5300
Facsimile:  (251) 432-5303

***Counsel for Defendant Trans Union LLC***

2

10182987.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July 2026, a true and correct copy of the above and

foregoing document has been sent by Electronic Mail to the following parties:

Alexandria Smith
salexandria208@gmail.com
150 E. Laurel Ave. #1259
Foley, AL 36535
(615) 519-1951
*Pro Se Plaintiff*

Kristen P. Watson
kwatson@burr.com
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
(205) 251-3000
*Counsel for Discover Bank*

L. Jackson Young, Jr.
LJYoung@csattorneys.com
Christian & Small LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
(205) 795-6588
*Counsel for Experian*
*Information Solutions, Inc.*

Joseph D. Steadman, Jr.
jsteadman@joneswalker.com
Jones Walker LLP
11 North Water Street, Suite 1200
Mobile, AL 36602
(251) 439-7534
*Counsel for Equifax*
*Information Services, LLC*

*/s/ Leoncio A. Gil, III*

Leoncio A. Gil, III

3