**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | |
|---|---|
| **ALEXANDRIA SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **CASE NO. 1:25-CV-00425-JB-N** |
| **DISCOVER BANK, TRANSUNION, EXPERIAN** | ) |
| **INFORMATION SOLUTIONS INC., and** | ) |
| **EQUIFAX INFORMATION SERVICES LLC,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER
BANK'S NOTICE OF SERVICE OF DISCOVERY**

COMES NOW Defendant Capital One, N.A., successor by merger to Discover Bank, by

and through its undersigned counsel, and hereby gives notice that it served the following on June

3, 2026 on all parties and counsel of record:

- Defendant Capital One, N.A., successor by merger to Discover Bank's First Set of Interrogatories to Plaintiff;

- Defendant Capital One, N.A., successor by merger to Discover Bank's First Set Requests for Production of Documents to Plaintiff; and

-  Defendant Capital One, N.A., successor by merger to Discover Bank's First Set of Requests for Admission to Plaintiff.

Respectfully submitted this the 8th day of July, 2026.

/s/ Kristen P. Watson
Kristen P. Watson
David A. Elliott
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
kwatson@burr.com
delliott@burr.com

69686771 v1

Attorneys for Defendant
CAPITAL ONE, N.A., SUCCESSOR BY MERGER
TO DISCOVER BANK

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2026, I served a copy of the foregoing document

on the following parties via e-mail:

Alexandria Smith
150 E. Laurel Ave. #1259
Foley, Alabama 35535
Telephone: (615) 519-1951
Salexandria208@gmail.com

*Plaintiff Pro Se*

Archibald T. Reeves, IV
McDowell Knight Roedder & Sledge, LLC
P.O. Box 350
Mobile, AL 36601
Telephone: (251) 432-5300
areeves@mcdowellknight.com

Leoncio A. Gil, III
Quilling Selander Lownds Winslett Moser, PC
5801 Tennyson Parkway
Suite 440
Plano, TX 75024
Telephone: (703) 819-1607
Leon.gil@qslwm.com

*Attorneys for Defendant*
Trans Union, LLC

L. Jackson Young, Jr.
Christian & Small LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
LJYoung@csattorneys.com

*Attorney for Defendant*
Experian Information Solutions, Inc.

Joseph D. Steadman, Jr.
Jones Walker LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
Telephone: (251) 439-7534
jsteadman@joneswalker.com

*Attorney for Defendant*
Equifax Information Services, LLC

*/s/ Kristen P. Watson*
OF COUNSEL

69686771 v1                                    2