# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALEXANDRIA SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:25-cv-425-JB-N** |
| **DISCOVER BANK,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court are Motion for Limited Admission Pro Hac Vice of Evan T. Shea (Doc 43), Motion for Limited Admission Pro Hac Vice of Miriam Weinstock (Doc 44), a second Motion for Limited Admission Pro Hac Vice of Evan T. Shea (Doc 45), and a second Motion for Limited Admission Pro Hac Vice of Miriam Weinstock (Doc 46). [1] The second motions differ from the original motions in that they were accompanied by payment of the $100 fee for *pro hac vice* admission.

The limited motions (Doc. 43 and Doc 44) are **DENIED** because they are not on the S.D. Ala. form that attorneys are to use when seeking admission *pro hac vice*, the required $100 admission fee was not submitted with these motions, and these motions are duplicative of the subsequently filed second motions.

The pending second motions are inadequate in their present state. Accordingly, it is **ORDERED that on or before July 24, 2026**, Mr. Shea and Ms. Weinstock

---

[1] These motions have been referred to the undersigned Magistrate Judge for disposition. 28 U.S.C § 636; S.D. Ala. GenLR 72(a)(2)(S) & (b); 7/7/2026 reference notation on the docket sheet.

shall each complete, sign, and file as a supplement to their respective second motions the Court's form Motion and Application for Admission Pro Hac Vice. See https://www.alsd.uscourts.gov/sites/alsd/files/forms/Attorney_Admission_Form.pdf. This application must be correctly signed either via handwritten signatures or through proper ECF filings made under the respective moving attorney's own name. If the second motions are not appropriately supplemented in accordance with this Order, then the Court will deny them.

**DONE** and **ORDERED** this the 8th day of July 2026.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**