**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |
|---|---|
| ALEXANDRIA SMITH, | Case No. 1:25-cv-00425-JB-N |
| Plaintiff, | |
| v. | |
| DISCOVER BANK, CAPITAL ONE, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION LLC, | |
| Defendants. | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
NOTICE OF SERVICE OF DISCOVERY**

Pursuant to Civil L.R. 5(b), Defendant Equifax Information Services LLC hereby notifies the Court that it served the following discovery upon counsel of record in the above-referenced matter:

| | |
|---|---|
| May 7, 2026 | Defendant Equifax Information Services LLC's Objections and Responses to Plaintiff's First Requests for Admission |
| May 15, 2026 | Defendant Equifax Information Services LLC's Objections and Responses to Plaintiff's First Requests for Production of Documents |
| | Defendant Equifax Information Services LLC's Objections and Responses to Plaintiff's First Interrogatories |
| June 11, 2026 | Defendant Equifax Information Services LLC's First Requests for Admission to Plaintiff |
| | Defendant Equifax Information Services LLC's First Requests for Production of Documents to Plaintiff |
| | Defendant Equifax Information Services LLC's First Set of Interrogatories to Plaintiff |
| June 22, 2026 | Defendant Equifax Information Services LLC's Objections and Responses to Plaintiff's Second Requests for Admission |

327060561v.1

|  | Defendant Equifax Information Services LLC's Objections and Responses to Plaintiff's Second Set of Interrogatories |
|---|---|
|  | Defendant Equifax Information Services LLC's Objections and Responses to Plaintiff's Second Requests for Production of Documents |
| June 24, 2026 | Defendant Equifax Information Services LLC's Amended Objections and Responses to Plaintiff's Second Set of Interrogatories |
|  | Defendant Equifax Information Services LLC's Amended Objections and Responses to Plaintiff's Second Requests for Production of Documents |
| July 2, 2026 | Defendant Equifax Information Services LLC's Cross-Notice of Deposition of Plaintiff |
| July 6, 2026 | Defendant Equifax Information Services LLC's Amended Cross-Notice of Deposition of Plaintiff |

DATED:  July 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Ian N. Fuqua*
    Ian N. Fuqua, *Admitted Pro Hac Vice*
    ifuqua@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois  60606-6448
    Telephone:  (312) 460-5644
    Facsimile:  (312) 460-7223

*Counsel for Defendant*
*Equifax Information Services LLC*

327060561v.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SERVICE OF DISCOVERY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> Alexandria Smith, *plaintiff pro se*
> 150 E. Laurel Ave., #1259
> Foley, Alabama  36535

>    */s/ Ian N. Fuqua.*
> Ian N. Fuqua
> *Counsel for Defendant*
> *Equifax Information Services LLC*

327060561v.1